# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.

**Plaintiff (Petitioner)**

**v.**

**RICKLIN C. RUSSELL A/K/A RICKLIN RUSSELL, ET AL,**
**Defendant (Respondent)**

CASE and/or DOCKET No.: 16-06467

Sheriff's Sale Date: _____

**AFFIDAVIT OF SERVICE**

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served RICKLIN C. RUSSELL A/K/A RICKLIN RUSSELL the above process on the 3 day of February, 2017, at 2:24 o'clock, PM, at 2556 N. 33RD ST. PHILADELPHIA, PA 19132 , County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑    By handing a copy to the Defendant(s)

Description: Approximate Age _51-55_  Height _6'1_  Weight _210_  Race _BLACK_  Sex _MALE_  Hair _BLACK_

Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of _Pa_ _____ )

County of _____ _Berks_ _____ )SS:

                                                                      )

Before me, the undersigned notary public, this day, personally, appeared _____ _Shannon Beckier_ _____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-160065
Case ID #:4798435

Subscribed and sworn to before me
this _7_ day of _FEB_ , 20 _17_

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017