UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
                                    Plaintiff

       v.                                        No. 16-06467

RICKLIN C. RUSSELL a/k/a RICKLIN
RUSSELL,
                                    Defendant

**FILED**
MAR 0 1 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

**DEFAULT JUDGMENT**

AND NOW, this ___1st___ day of ___March___, 2017, it appearing by

Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of

Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz,

Esquire, that the Complaint in the above-captioned action was filed in the Court on Thursday,

December 15, 2016 and, after due service of process on Defendant, RICKLIN C. RUSSELL

a/k/a RICKLIN RUSSELL, according to law, no appearance, answer or other defense has been

served or filed by or on behalf of Defendant,

ENTERED

MAR - 1 2017

CLERK OF COURT

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf

of its Agency, the Department of Education, and against Defendant, RICKLIN C. RUSSELL

a/k/a RICKLIN RUSSELL, in the amount of $9,503.46. Judgment is to accrue interest at the

current legal rate, compounded annually until paid in full.

Date:  3/1/17

                                        Clerk, United States District Court
                                        EasternDistrict of Pennsylvania

                          By:  _Richard Sobel_
                                        Deputy Clerk